[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12372

Non-Argument Calendar

_____

CESTMIR DRKULA,

Plaintiff-Appellant,

*versus*

UNITED STATES POSTMASTER GENERAL,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01485-CEH-TGW

_____

2                    Opinion of the Court                    24-12372

Before JILL PRYOR, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Cestmir Drkula's notice of appeal, filed on July 23, 2024, is untimely to challenge the district court's April 23, 2024 final judgment. *See* Fed. R. App. P. 4(a)(1)(B); 28 U.S.C. § 2107(b); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). The appellee's motion to dismiss is DENIED as moot.

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.